AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Oscar Fabio Moreno | ) | Case No: 94-cr-165-03 (RJS) |
| | ) | USM No: 35615-054 |
| Date of Original Judgment: 12/18/2000 | ) | |
| Date of Previous Amended Judgment: 08/17/2010 | ) | Wayne E. Gosnell, Jr. |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  360  months **is reduced to**  292 months          .

*(Complete Parts I and II of Page 2 when motion is granted)*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2014
```

Except as otherwise provided, all provisions of the judgment dated   08/17/2010   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   12/22/2014

                                                            Judge's signature

Effective Date:   12/22/2014                               Hon. Richard J. Sullivan, U.S.D.J.
*(if different from order date)*                            Printed name and title